IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re:  Tangela S Chalmers | ) | Case No. 23-42143 |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Debtor's Memorandum |
| | ) | Confirmation Hearing: |
| | ) | Hearing Time and Place : |

**Memorandum to Amended Voluntary Petition, and Schedules A/B, and C**

   **COMES NOW Tangela S Chalmers Debtor** in Chapter 7, by and through her Attorney William Ridings, and for her Memorandum states as follows:

   Debtor filed an  Amended Voluntary Petition to correct her mailing address.  The corrected address is 1118 Long St., St Louis, MO  63106, not 1118 Law St.  She also filed an Amended Schedule B to list a wage garnishment that occurred before her filing as an asset, and to exempt it with an Amended Schedule C.

   Wherefore, Debtor prays this court to allow the amendments.

Dated:  June 26, 2023

                              /s/ Will Ridings
                              William Ridings, 38672MO
                              Attorney for Debtor
                              2510 S Brentwood Blvd, Ste 205
                              Brentwood, MO  63144
                              (314)968-1313, fax (314)968-1302
                              Ridingslaw2003@yahoo.com

**CERTIFICATE OF SERVICE**
   I certify that a true and correct copy of the foregoing document was filed electronically on June 26, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.
   I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on June 26, 2023.

Tangela S Chalmers                        see attached matrix
1118 Long St
St. Louis, MO  63106

                              /s/ Will Ridings
                              William Ridings MO38672