```
AAA Check Mate LLC
John Henry Soeder III
1 Campbell Plaza, 1A North
Saint Louis, MO 63139

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108
```

```
Brother Loan and Finance
c/o John Henry Soeder III
1 Campbell Plaza, Ste 1A North
Saint Louis, MO 63139

Crystal Rock Finance LLC
John Henry Soeder III, Attorney
1 Campbell Plaza, 1A North
Saint Louis, MO 63139

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

Gatewayacc
6741 Manchester Ave
Saint Louis, MO 63139

McKormic and Baron
1920 Kass Ave
Saint Louis, MO 63106

Nelnet
Attn: Claims
P.O. Box: 82505
Lincoln, NE 68501

Nelnet
Attn: Claims
P.O. Box: 82505
Lincoln, NE 68501

Verizon Wireless
Attn: Bankruptcy
500 Technology Dr, Ste 599
Weldon Springs, MO 63304
```